**Electronically Filed**
**Supreme Court**
**SCWC-30332**
**23-APR-2014**
**10:42 AM**

SCWC-30332

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOEL C. ALLEN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30332; CR. NO. 08-1-1143)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Ochiai, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Joel C. Allen's

Application for Writ of Certiorari, filed on March 14, 2014, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 23, 2014.

Te-Hina Ickes                        /s/ Mark E. Recktenwald
for petitioner

                                     /s/ Paula A. Nakayama

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Dean E. Ochiai

